IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE MARSDEN | : | CIVIL ACTION |
| v. | : | |
| JOHN A. PALAKOVICH, ET AL | : | NO. 10-5410 |

## **ORDER**

**AND NOW**, this 22nd day of November, 2010, the Court having completed the screening required by 28 U.S.C. § 1915A, **IT IS HEREBY ORDERED** as follows:

1. The claims against Defendant Koierowski and Defendant Wenerowicz are **DISMISSED** with prejudice and they are **DISMISSED** as Defendants to this Action.

2. This action is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

/s/ John R. Padova

John R. Padova, J.